PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

---

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:03CR00233-01** |
| ) | |
| **DAVID NOMANIM** ) | |
| ) | |

On October 23, 2003, the above-named was placed on probation for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Dated:    June, 9 2006
         Elk Grove, California
         DAS/cp

Rev. 03/2005
PROB35.MRG

**Re:  David NOMANIM
   Docket Number:  2:03CR00233-01
   ORDER TERMINATING PROBATION
   <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

<u>6/8/2006</u>                                              <u>    /s/ David F. Levi                    </u>
**Date**                                                           **DAVID F. LEVI**
                                                                   **Chief  United States District Judge**

DAS/cp
Attachment:   Recommendation
cc:     United States Attorney's Office